Case: **2:25−cv−02398**
Assigned To : **Parker, Thomas L.**
Referral Judge: **Christoff, Annie T.**
Assign. Date : **4/3/2025**
Description: **Burks v. State of Tennessee et al**